UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
                         )
         Plaintiff, )
                         )
                         )    CASE NO. 07-153M.
      vs. )
THOMAS RIVERS )
                         )
         Defendant. )

O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 22ND day of AUGUST, 2007, ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                         Honorable Mary Pat Thynge
                                         U.S. Magistrate Judge

cc: Federal Public Defender
     First Federal Plaza, Suite# 110
     704 King Street
     Wilmington, DE  19801
     (302) 573-6010

     Defendant
     United States Attorney



FILED
AUG 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE