IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-153M |
| | : | |
| THOMAS RIVERS, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Motion to Vacate Order Sealing Proceedings,

**IT IS HEREBY ORDERED** this _27_ day of _August_____, 2007, that this Court's

Order of August 22, 2007 temporarily sealing these proceedings is hereby vacated, and this matter

will be filed on the Court's docket.

Honorable Mary Pat Thynge
Magistrate Judge, United States District Court



F I L E D

AUG 2 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE